# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIVIAN MARTIN, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| THE BOEING COMPANY d/b/a BOEING, | NO. 20-5401 |
| Defendant. | |

## **O R D E R**

AND NOW, this 24th day of May, 2021, upon consideration of Defendants' Motion for Partial Dismissal of Plaintiff's Claims pursuant to Rule 12(b)(6) (Doc. No. 12) and Plaintiff's Response in Opposition to the Motion (Doc. No. 15), it is hereby ORDERED that the following of Plaintiff's claims and causes of action are DISMISSED WITHOUT PREJUDICE:

1. Plaintiff's claims asserted under Title VII and the PHRA for "failure-to-promote" to the "HR First-Line Manager" position under Counts II and III of the Complaint; and

2. Plaintiff's claims asserted under Title VII and the PHRA for "failure-to-promote" to the "Global Diversity & Inclusion Manager" position under Counts II and III of the Complaint.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.