IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VIVIAN MARTIN, :
        Plaintiff, :
        :
v. : Civ. No. 20-5401
        :
THE BOEING CO., :
        Defendant. :

## ORDER

**AND NOW**, this 11th day of April, 2025, upon consideration of Defendant The Boeing Co.'s Motion for Attorneys' Fees and Non-taxable Costs (Doc. No. 47), it is hereby **ORDERED** that Defendant's Motion (Doc. No. 47) is **DENIED**.

AND IT IS SO ORDERED.

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.

1